## WILCHER *et al.* v. NUNN *et al.*

EVANS, J. It can not be held by this court that a judge of the superior court abuses his discretion in overruling a certiorari from the ordinary's decision, discontinuing a public road upon a proceeding instituted under the Political Code, §§ 520-524, when the evidence, though conflicting, was sufficient to support the decision of the ordinary and no error of law is complained of by the losing party.

*Judgment affirmed. All the Justices concur.*

Submitted July 18,—Decided November 16, 1906.

Certiorari.　Before Judge Holden.　Glascock superior court. December 1, 1905.

*E. B. Rogers* and *E. L. Stephens*, for plaintiffs in error.

*B. F. Walker*, contra.